# DIVIDENDS REMITTED TO THE COURT

# 150600  Page: 1

### Case Number 09-16973 - WERTSCH, CORY L.

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| **Prime Health**<br>**P.O. Box 714328**<br>**Columbus, OH 43271** | **000002** | 105 | **113.81** | **3.12** |
| ---------- Remittance Total -------------- | | | **113.81** | **3.12** |

ALAN J. TREINISH, TRUSTEE